UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EILEEN A. MENCHACA,<br><br>            Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>            Defendant. | CASE NO. EDCV 12-2210-AGR<br><br>JUDGMENT |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: January 14, 2014

_____
ALICIA G. ROSENBERG
United States Magistrate Judge